IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

_____
                                                        )
MOST REVEREND LAWRENCE E.              )
BRANDT, BISHOP OF THE ROMAN            )        Case No. 2:14-cv-00681-AJS
CATHOLIC DIOCESE OF                          )
GREENSBURG, as Trustee of the Roman    )
Catholic Diocese of Greensburg, a            )
Charitable Trust, *et al.*                           )
                                                        )
                        Plaintiffs,                   )
                                                        )
            v.                                          )
                                                        )
SYLVIA M. BURWELL, *et al.*                  )
                                                        )
                        Defendants.               )
_____)

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendants Sylvia M. Burwell, in her official capacity as Secretary of Health and Human Services; the United States Department of Health and Human Services; Thomas Perez, in his official capacity of Secretary of Labor; the United States Department of Labor; Jacob J. Lew, in his official capacity as Secretary of the Treasury; and the United States Department of the Treasury, hereby appeal to the United States Court of Appeals for the Third Circuit from the Final Judgment and Order, entered on August 20, 2014, ECF No. 43.

Respectfully submitted this 3rd day of October, 2014,

JOYCE R. BRANDA
Acting Assistant Attorney General

JENNIFER RICKETTS
Director, Federal Programs Branch

SHEILA M. LIEBER
Deputy Director, Federal Programs Branch

*/s/ Bradley P. Humphreys*
BRADLEY P. HUMPHREYS (VA Bar No. 83212)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W., Room 7108
Washington, D.C. 20530
Tel: (202) 514-3367
Fax: (202) 616-8470
Email: bradley.p.humphreys@usdoj.gov

*Counsel for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 3, 2014, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system, which sent notice of such filing to all parties.

<u>*/s/ Bradley P. Humphreys*</u>
BRADLEY P. HUMPHREYS