# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. <u>14-3663 & 14-4087</u>

Lawrence Brandt, et al v. Secretary United States Depart, et al

(Originating Court No. 2-14-cv-00681)

## O R D E R

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated:  October 19, 2017
JK/cc:  Megan Barbero, Esq.
       Leon F. DeJulius, Jr., Esq.
       John D. Goetz, Esq.
       Adam C. Jed, Esq.
       Ira M. Karoll, Esq.
       Alisa B. Klein, Esq.
       Patrick Nemeroff, Esq.
       Paul M. Pohl, Esq.
       Joshua M. Salzman, Esq.
       Mark B. Stern, Esq.

**A True Copy**

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.